

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00296-CV

**IN THE INTEREST OF I. J. P.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00001
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal because appellants qualify as indigent under TEX. R. APP. P. 20.

SIGNED October 17, 2018.

_____
Irene Rios, Justice